## No. 16,900.

### SHERMAN *v*. MARTIN ET AL.
(256 P. [2d] 514)

Decided April 13, 1953.

· PER CURIAM.

Judgment affirmed en banc without written opinion. Mr. Justice Bradfield not participating.

Messrs . HASTINGS & LEFFERDINK, Mr. WILLIAM C. RHODES, for plaintiff in error.

Mr. CLAY R. APPLE, Mr. L. J. WEST, for defendants in error.